UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-62385-CIV-SINGHAL

ANNETTE SYSEL,

    Plaintiff,

v.

EMPOWER BRANDS, LLC, and
TARGET CORPORATION,

    Defendants.
_____/

## ORDER GRANTING MOTION TO REMAND

**THIS CAUSE** came before the Court on the Motion to Remand filed by Plaintiff (DE [16]) and the Report and Recommendation (DE [20]) of the Magistrate Judge recommending that the motion be granted. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge's Report and Recommendation (DE [20]) is **AFFIRMED** and **ADOPTED.** Plaintiff's Motion to Remand (DE [16]) is **GRANTED**. This case is remanded to the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. All pending motions are hereby **DENIED AS MOOT**. The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 7th day of August 2023.

                                                                                                 _____
                                                                                                  RAAG SINGHAL
                                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF